1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11  **CHAROLETTA D. PARHAN**          )       Case No.  CIV-08-2770 GGH
                                       )
12                                     )
                                       )
13                                     )
                                       )       **STIPULATION AND ORDER**
14          **Plaintiff,**             )       **EXTENDING PLAINTIFF'S TIME TO**
                                       )       **FILE MEMORANDUM IN SUPPORT**
15  **v.**                             )       **OF SUMMARY JUDGMENT**
                                       )
16  **MICHAEL J. ASTRUE**             )
    **Commissioner of Social Security** )
17  **of the United States of America,** )
                                       )
18          **Defendant.**             )
                                       )
19  _____)

20

21          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

22  the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment

23  in this case is hereby until August 6, 2009.  Defendant's reponse will be due October 13, 2009.  This

24  extension is required due to  counsels'  extremely crowded briefing and vacation schedules.

    / / / /

25  / / / /

26  / / / /

27

28

                                        1

1 | Dated: August 3, 2009

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

2
3
4
5

Dated: August 4, 2009

Lawrence G. Brown

Acting United States Attorney

*/s/ Armand Roth*
ARMAND ROTH

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

6
7
8
9
10
11

12 | **ORDER**

13 | APPROVED AND SO ORDERED.

14 | DATED: August 5, 2009          /s/ Gregory G. Hollows

15
16 |                          GREGORY G. HOLLOWS
                           U.S. MAGISTRATE JUDGE

17 | parhan.eot2

18
19
20
21
22
23
24
25
26
27
28

2